**Order entered January 30, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00359-CV**

**ENVIRODIGM, INC.; MICRO SPACE INNOVATIONS, LLC D/B/A GREEN POLYMER SYSTEMS; AND KORNODO FIRE SYSTEMS, INC.,**
Appellants

**V.**

**TEXAS INSTRUMENTS INCORPORATED, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-20259**

### ORDER

Before the Court is appellee's unopposed motion to postpone oral argument, which was filed on January 25, 2023. We **GRANT** the motion. We **REMOVE** this case from the submission docket for February 15, 2023.  The case will be reset for submission in due course.

/s/    ERIN A. NOWELL
          PRESIDING JUSTICE